

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

MEB/HDM
F. #2016R01176

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 14, 2020

**By Email**

Roland G. Riopelle, Esq.
Sercarz & Riopelle, LLP
950 Third Avenue, 32nd Floor
New York, NY 10022

   Re: United States v. Jeffrey Auerbach
     Criminal Docket No. 19 CR 607 (PKC)

Dear Counsel:

   Enclosed please find the government's production of 18 U.S.C. § 3500 material ("3500 material"), and a list of the 3500 material, in advance of the defendant Jeffrey Auerbach's Fatico hearing, which the Court has scheduled for December 18, 2020 (the "Hearing"). The government also encloses a set of exhibits (the "Government Exhibits"), and a list of the Government Exhibits, that the government intends to introduce during the Hearing. The government reserves the right to amend, supplement or alter the enclosed lists, and to withdraw or supplement material produced pursuant to 18 U.S.C. § 3500 prior to the Hearing.

        Very truly yours,

        SETH D. DuCHARME
        Acting United States Attorney
        Eastern District of New York

    By:    /s/
        Mark E. Bini
        Hiral D. Mehta
        Assistant U.S. Attorneys
        (718) 254-8761/6418

Enclosures