

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MEB/HDM                               *271 Cadman Plaza East*
F. #2016R01176                        *Brooklyn, New York 11201*

December 18, 2020

**By Email**

Roland G. Riopelle, Esq.
Sercarz & Riopelle, LLP
950 Third Avenue, 32nd Floor
New York, NY 10022

      Re:    United States v. Jeffrey Auerbach
              <u>Criminal Docket No. 19 CR 607 (PKC)</u>

Dear Counsel:

        Enclosed please find the government's supplemental production of 18 U.S.C. § 3500 material ("3500 material"), and an updated list of the 3500 material, in advance of the defendant Jeffrey Auerbach's <u>Fatico</u> hearing, which the Court has scheduled for December 18, 2020 (the "Hearing"). The government also encloses a list of the Government Exhibits that the government intends to introduce during the Hearing.

                Very truly yours,

                SETH D. DuCHARME
                Acting United States Attorney
                Eastern District of New York

          By:           /s/
                Mark E. Bini
                Hiral D. Mehta
                Assistant U.S. Attorneys
                (718) 254-8761/6418

Enclosures

| United States v. Jeffrey Auerbach  (19 CR 607) - §3500 Material Index | | | |
|---|---|---|---|
| Exhibit | Witness | Date | Type of Document |
| 3500-JA-01 | Auerbach, Jeffrey | 10/4/2019 | 302 |
| 3500-RSJ-01 | St Julien, Richard | 11/23/2015 | Cooperation Agreement |
| 3500-RSJ-02 | St Julien, Richard | 11/23/2015 | Transcript of Pleading |
| 3500-RSJ-03 | St Julien, Richard | 11/23/2015 | Information |
| 3500-RSJ-04 | St Julien, Richard | 7/13/2015 | 302 |
| 3500-RSJ-04-A | St Julien, Richard | 7/13/2015 | Agent Notes |
| 3500-RSJ-05 | St Julien, Richard | 8/13/2015 | 302 |
| 3500-RSJ-05-A | St Julien, Richard | 8/13/2015 | Agent Notes |
| 3500-RSJ-05-B | St Julien, Richard | 8/13/2015 | Attachment 01 |
| 3500-RSJ-07 | St Julien, Richard | 9/2/2015 | 302 |
| 3500-RSJ-07-A | St Julien, Richard | 9/2/2015 | Agent Notes |
| 3500-RSJ-08 | St Julien, Richard | 9/10/2015 | 302 |
| 3500-RSJ-08-A | St Julien, Richard | 9/10/2015 | Agent Notes |
| 3500-RSJ-08-B | St Julien, Richard | 9/10/2015 | Attachment 01 |
| 3500-RSJ-09 | St Julien, Richard | 9/22/2015 | 302 |
| 3500-RSJ-09-A | St Julien, Richard | 9/22/2015 | Agent Notes |
| 3500-RSJ-10 | St Julien, Richard | 10/20/2015 | 302 |
| 3500-RSJ-10-A | St Julien, Richard | 10/20/2015 | Agent Notes |
| 3500-RSJ-10-B | St Julien, Richard | 10/20/2015 | Attachment 01 |
| 3500-RSJ-11 | St Julien, Richard | 12/14/2015 | 302 |
| 3500-RSJ-11-A | St Julien, Richard | 12/14/2015 | Agent Notes |
| 3500-RSJ-12 | St Julien, Richard | 12/17/2015 | 302 |
| 3500-RSJ-12-A | St Julien, Richard | 12/17/2015 | Agent Notes |
| 3500-RSJ-12-B | St Julien, Richard | 12/17/2015 | Attachment 01 |
| 3500-RSJ-13 | St Julien, Richard | 2/2/2016 | 302 |
| 3500-RSJ-13-A | St Julien, Richard | 2/2/2016 | Attorney Notes |
| 3500-RSJ-13-B | St Julien, Richard | 2/2/2016 | Agent Notes |
| 3500-RSJ-14 | St Julien, Richard | 3/21/2016 | 302 |
| 3500-RSJ-14-A | St Julien, Richard | 3/21/2016 | Agent Notes |
| 3500-RSJ-15 | St Julien, Richard | 8/25/2016 | 302 |
| 3500-RSJ-15-A | St Julien, Richard | 8/25/2016 | Agent Notes |
| 3500-RSJ-16 | St Julien, Richard | 11/1/2016 | 302 |
| 3500-RSJ-16-A | St Julien, Richard | 11/1/2016 | Agent Notes |
| 3500-RSJ-17 | St Julien, Richard | 11/7/2016 | 302 |
| 3500-RSJ-17-A | St Julien, Richard | 11/7/2016 | Agent Notes |
| 3500-RSJ-18 | St Julien, Richard | 11/29/2016 | 302 |
| 3500-RSJ-18-A | St Julien, Richard | 11/29/2016 | Agent Notes |
| 3500-RSJ-19 | St Julien, Richard | 1/9/2017 | 302 |
| 3500-RSJ-19-A | St Julien, Richard | 1/9/2017 | Agent Notes |
| 3500-RSJ-20 | St Julien, Richard | 1/30/2017 | 302 |
| 3500-RSJ-20-A | St Julien, Richard | 1/30/2017 | Agent Notes |
| 3500-RSJ-21-A | St Julien, Richard | 3/13/2017 | Agent Notes |
| 3500-RSJ-22-A | St Julien, Richard | 3/30/2017 | Agent Notes |
| 3500-RSJ-23-A | St Julien, Richard | 4/3/2017 | Agent Notes |
| 3500-RSJ-24-A | St Julien, Richard | 4/12/2017 | Agent Notes |

| Exhibit | Witness | Date | Type of Document |
|---|---|---|---|
| 3500-RSJ-25 | St Julien, Richard | 7/13/2015 | Proffer Agreement |
| 3500-RSJ-26 | St Julien, Richard | 8/13/2015 | Proffer Agreement |
| 3500-RSJ-27 | St Julien, Richard | 9/10/2015 | Proffer Agreement |
| 3500-RSJ-28 | St Julien, Richard | 10/20/2015 | Proffer Agreement |
| 3500-RSJ-29 | St Julien, Richard | 11/3/2016 | E-mail Correspondence |
| 3500-RSJ-30 | St Julien, Richard | - | Loose Notes |
| 3500-RSJ-31 | St Julien, Richard | 4/20/2017 | Trial Transcript |
| 3500-RSJ-32 | St Julien, Richard | 4/24/2017 | Trial Transcript |
| 3500-RSJ-33 | St Julien, Richard | 4/25/2017 | Trial Transcript |
| 3500-RSJ-34 | St Julien, Richard | 4/26/2017 | Trial Transcript |
| 3500-RSJ-35 | St Julien, Richard | 3/6/2018 | Trial Transcript |
| 3500-RSJ-36 | St Julien, Richard | 8/20/2018 | 302 |
| 3500-RSJ-36-A | St Julien, Richard | 8/20/2018 | Agent Notes |
| 3500-RSJ-36-B | St Julien, Richard | 8/20/2018 | Attachment 01 |
| 3500-RSJ-36-C | St Julien, Richard | 8/20/2018 | Attachment 02 |
| 3500-RSJ-36-D | St Julien, Richard | 8/20/2018 | Attachment 03 |
| 3500-RSJ-36-E | St Julien, Richard | 8/20/2018 | Attachment 04 |
| 3500-RSJ-36-F | St Julien, Richard | 8/20/2018 | Attachment 05 |
| 3500-RSJ-36-G | St Julien, Richard | 8/20/2018 | Attachment 06 |
| 3500-RSJ-36-H | St Julien, Richard | 8/20/2018 | Attachment 07 |
| 3500-RSJ-36-I | St Julien, Richard | 8/20/2018 | Attachment 08 |
| 3500-RSJ-36-J | St Julien, Richard | 8/20/2018 | Attachment 09 |
| 3500-RSJ-36-K | St Julien, Richard | 8/20/2018 | Attachment 10 |
| 3500-RSJ-36-L | St Julien, Richard | 8/20/2018 | Attachment 11 |
| 3500-RSJ-36-M | St Julien, Richard | 8/20/2018 | Attachment 12 |
| 3500-RSJ-36-N | St Julien, Richard | 8/20/2018 | Attachment 13 |
| 3500-RSJ-36-O | St Julien, Richard | 8/20/2018 | Attachment 14 |
| 3500-RSJ-36-P | St Julien, Richard | 8/20/2018 | Attachment 15 |
| 3500-RSJ-36-Q | St Julien, Richard | 8/20/2018 | Attachment 16 |
| 3500-RSJ-36-R | St Julien, Richard | 8/20/2018 | Attachment 17 |
| 3500-RSJ-37 | St Julien, Richard | 8/20/2018 | Section 5K1.1 Letter |
| 3500-RSJ-38 | St Julien, Richard | 10/15/2018 | FD-1057 |
| 3500-RSJ-39 | St Julien, Richard | 12/17/2020 | Agent Notes |

| GX | Description | Date of Exhibit | Date Admitted |
|---|---|---|---|
| | United States v. Jeffrey Auerbach - 19 CR 607 (PKC) Government Exhibit List | | |
| GX-01 | E-Mail from "John StJames" on October 14, 2014: "Agreement" | 10/14/2014 | |
| GX-02 | E-Mail from Jeff Auerbach on October 14, 2014: "Fwd: FNRG Contract" | 10/14/2014 | |
| GX-02-A | Agreement between ForceField Energy Inc. and Red Rock Marketing Media | 10/14/2014 | |
| GX-03 | E-Mail from Jeff Auerbach on October 14, 2014: "WWH AGREEMENT" | 10/14/2014 | |
| GX-03-A | Consulting Agreement between World Wide Holdings, LLC and ForceField Energy Corp. | 10/22/2014 | |
| GX-04 | February 28, 2015 Belize Bank Statement - Account x0280 (Adventure Overseas Holding, Corp.) | 2/28/2015 | |
| GX-05 | Transfer Journal for issue ForceField Energy Inc. (February 28, 2015) | 2/28/2015 | |
| GX-06 | Transfer Journal for issue ForceField Energy Inc. (March 5, 2015) | 3/5/2015 | |
| GX-07 | E-Mail from Investment International on March 27, 2015: "transaction J Mc Cluskey" | 3/27/2015 | |
| GX-08 | March 31, 2015 Wells Fargo Bank Statement - Account x8274 (Scott Olson) | 3/31/2015 | |
| GX-09 | Instructions for $20,000 wire transfer to TD Bank Account x8204 (Hilary L. Auerbach) | - | |
| GX-10 | Extraction Report for Richard St Julien iPhone | 8/20/2015 | |
| GX-10-A | Excerpt from Richard St Julien cell phone extraction report | 4/17/2015 | |